# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America )
v. )
Timothy Lafon Murphy )
) Case No: 5:04-CR-241-1FL
) USM No: 24086-056
Date of Original Judgment: July 19, 2005 )
Date of Previous Amended Judgment: ) Ormond Harriott
(Use Date of Last Amended Judgment if Any) *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of life months **is reduced to** 360 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

(Complete Parts I and II of Page 2 when motion is granted)

Except as otherwise provided, all provisions of the judgment(s) dated July 19, 2005, shall remain in effect. **IT IS SO ORDERED.**

Order Date: November 30, 2015

*Judge's signature*

Effective Date:
(if different from order date)

Louise W. Flanagan, U.S. District Judge
*Printed name and title*